UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 24-2516-KK-SHKx** | Date: | September 23, 2025 |
| Title: | ***From The Land, LLC v. Intelligent Fiber Optic Systems, Inc. et al.*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order GRANTING Plaintiff's Stipulation to Dismiss Case pursuant to FRCP 41(a)(1)(A)(ii) [Dkt. 49]**

In accordance with the parties' stipulation, dkt. 49, and with the parties' Settlement Agreement, dkt. 49, Ex. A, which is incorporated herein by this reference, and for good cause appearing, therefore,

**IT IS HEREBY ORDERED THAT:**

1. This case is dismissed without prejudice with leave to reinstate this case on or before the date that is eighteen (18) months following the Effective Date of the Settlement Agreement.
2. Without further order of the Court, the case shall automatically be deemed dismissed with prejudice if, within eighteen (18) months following the Effective Date of the Settlement Agreement:
   a. Neither party has requested the Court to take action to enforce the Settlement Agreement;
   b. Neither party has sought the Court's intervention with respect to any of the dismissed causes of action in this case; and
   c. Neither party has filed any new legal action against the other party asserting causes of action substantially related to the facts alleged in the Complaint.
3. Each party shall bear its own attorneys' fees and costs.

**IT IS HEREBY FURTHER ORDERED THAT:**

The Court shall, in accordance with applicable federal law, retain jurisdiction in the above-entitled action to enforce the terms and conditions of the parties' Settlement Agreement. (JS-6)